UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:06-00122 |
| | ) | JUDGE CAMPBELL |
| WILLIAM MICHAEL MATTHEWS | ) | |

## ORDER

Pending before the Court is a Petition (Docket No. 39) alleging violations of Defendant's conditions of Supervised Release. The Court will hold a hearing on May 13, 2013, at 2:30 p.m. in conjunction with the change of plea hearing in case number 3:13-00050.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE